DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SETH WEINSTEIN,**
Appellant,

v.

**CELEBRITY CRUISES, INC.,** and
**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,**
Appellees.

No. 4D21-1099

[February 3, 2022]

Administrative appeal from the Reemployment Assistance Appeals Commission; L.T. Case Nos. RAAC 20-01341, RAAC 20-01342 and RAAC 20-01343.

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Amanda L. Neff and Katie E. Sabo of Reemployment Assistance Appeals Commission, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***